UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD THOMAS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DAVE DAVEY, et al.,<br><br>　　　　　Defendants. | Case No.: 1:16-cv-00925-AWI-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING PLAINTIFF'S MOTIONS FOR EMERGENCY PRELIMINARY INJUNCTION AND MOTION FOR ORDER TO SHOW CAUSE<br><br>(ECF Nos. 7, 13, 14, 19) |

Plaintiff Edward Thomas ("Plaintiff"), a state prisoner proceeding *pro se* and *in forma pauperis*, initiated this civil rights action pursuant to 42 U.S.C. § 1983 on June 27, 2016.

On January 27, 2017, the Magistrate Judge issued Findings and Recommendations that Plaintiff's motions for a preliminary injunction and his related motion for an order to show cause be denied. The Findings and Recommendations were served on Plaintiff, and contained notice that any objections were to be filed within fourteen (14) days after service. (ECF No. 19 at 3). More than fourteen days have passed and no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations issued on January 27, 2017 (Doc. No. 19) are adopted in full;
2. Plaintiff's motions for a preliminary injunction, filed on July 15, 2016 (Doc. No. 7) and October 26, 2016 (Doc. No. 14), are DENIED; and
3. Plaintiff's motion for an order to show cause why a permanent injunction should not be issued, filed on October 26, 2016 (Doc. No. 13), is DENIED.

IT IS SO ORDERED.

Dated: March 6, 2017

_____
SENIOR DISTRICT JUDGE