UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD THOMAS,<br><br>            Plaintiff,<br><br>     v.<br><br>DAVE DAVEY, et al.,<br><br>            Defendants. | 1:16-cv-00925-AWI-BAM (PC)<br><br>ORDER DENYING, AS MOOT, PLAINTIFF'S MOTION REQUESTING PRIORITY SCREENING-PROCESSING OF FIRST AMENDED CIVIL ACTION COMPLAINT AND PRIORITY PROCESSING OF MOTION FOR RECONSIDERATION OF MAGISTRATE JUDGE'S OCTOBER 26, 2016 ORDER AND PLAINTIFF'S EMERGENCY PRELIMINARY-PERMANENT INJUNCTION AND RESTRAINING ORDER<br><br>(ECF No. 18) |

    Plaintiff Edward Thomas ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

    On July 15 and October 26, 2016, Plaintiff filed motions for a preliminary injunction, and on October 26, 2016, also filed a motion for an order to show cause why a permanent injunction and restraining order should not be issued. (ECF Nos. 7, 13, 14).

    On October 24, 2016, the Court screened Plaintiff's first amended complaint, and dismissed it with leave to amend. (ECF No. 12). On November 4 and November 18, 2016, Plaintiff filed consecutive motions for reconsideration by the District Judge of the screening order

1

dismissing his complaint with leave to amend. (ECF Nos. 16, 17.) Thereafter, on January 3, 2017, Plaintiff filed a motion requesting priority screening and processing of his first amended complaint, priority processing of his motion for reconsideration and his motion for preliminary/permanent injunction and restraining order.[1] (ECF No. 18).

On March 6, 2017, the District Court denied Plaintiff's motions for reconsideration and directed Plaintiff to file a second amended complaint. (ECF No. 22). On the same date, the court also denied Plaintiff's motions for emergency preliminary injunction and motion for an order to show cause. (ECF No. 23). Based on these orders, Plaintiff's request for priority processing of his first amended complaint, motion for reconsideration and motion for preliminary injunction is now moot, and is HEREBY DENIED.

IT IS SO ORDERED.

Dated: **March 14, 2017**        /s/ *Barbara A. McAuliffe*
                                 UNITED STATES MAGISTRATE JUDGE

---

[1] On March 1, 2017, Plaintiff filed a motion for emergency preliminary injunction and motion for temporary restraining order. (ECF No. 21). This motion remains pending and will be addressed in due course.