UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD THOMAS,<br><br>    Plaintiff,<br><br>v.<br><br>DAVE DAVEY, et al.,<br><br>    Defendants. | Case No.: 1:16-cv-00925-AW-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING PLAINTIFF'S MOTIONS FOR PRELIMINARY INJUNCTION AND RESTRAINING ORDER<br>(ECF Nos. 21, 30) |

Plaintiff Edward Thomas ("Plaintiff"), a state prisoner proceeding *pro se* and *in forma pauperis*, initiated this civil rights action pursuant to 42 U.S.C. § 1983 on June 27, 2016.

On June 23, 2017, the Magistrate Judge issued Findings and Recommendations to deny Plaintiff's motions for preliminary injunction and restraining order. The Findings and Recommendations were served on Plaintiff, and contained notice that any objections were to be filed within fourteen (14) days after service. (ECF No. 34 at pp. 3-4). More than fourteen days have passed and no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations issued on June 23, 2017, are adopted in full;
2. Plaintiff's motions for preliminary injunction and restraining order, filed on March 1 and May 8, 2017 (Doc. Nos. 21, 30), are DENIED; and
3. This matter is referred back to the Magistrate Judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated: August 2, 2017

SENIOR DISTRICT JUDGE